IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ) | Case No. 8:08CR300 |
| Plaintiff,           ) | |
| ) | |
| vs.           ) | |
| ) | ORDER |
| WILLIAM C. FLOOD, JR.,           ) | |
| ) | |
| Defendant.           ) | |

This matter is before the court on the defendant's Motion to Review Detention (#15). The defendant moves the court for an order allowing the defendant to enter and participate in a substance abuse program at Williams Prepared Place. After receiving the motion, the court requested that Pretrial Services review the request. On October 8, 2008 I received a memorandum from Pretrial Services which set out the current position of Williams Prepared Place that they, at this time, would not be interested in the defendant coming into their program.

As the defendant is not currently a candidate for participation in the program at Williams Prepared Place, I find the defendant's Motion to Review Detention (#15) should be denied.

**IT IS ORDERED** that the defendant's Motion to Review Detention (#15) is denied.

Dated this 9th day of October 2008.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge